**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**LINDA J. ELLIS**                                                          **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 3:04CV281WHB-JCS**

**JO ANNE B. BARNHART,
Commissioner of Social
Security Administration**                                                   **DEFENDANT**

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal executed on April 13, 2006, by counsel for Plaintiff and counsel for Defendant, Jo Anne B. Barnhart, Commissioner of Social Security Administration, this matter is hereby dismissed with prejudice.

SO ORDERED this the 27th day of April, 2006.

                                             s/William H. Barbour, Jr.
                                             UNITED STATES DISTRICT JUDGE